Michael L Eyer

Case # 19-3099

Motion to dismiss without Prejudice

Michael Eyer prays the court will allow this case dismissal without prejudice.

Michael Eyer
10-17-2019